1  GREGORY M. FOX, Esq. SBN 070876
   ARLENE C. HELFRICH, Esq.. SBN 96461
2  BERTRAND, FOX & ELLIOT
   2749 Hyde Street
3  San Francisco, CA 94109
   Telephone: (415) 353-0999
4  Facsimile: (415) 353-0990

5  LYNN TRACY NERLAND Esq., SBN 148609
   CITY ATTORNEY
6  CITY OF ANTIOCH
   City Attorney's Office
7  P.O. Box 5007
   Antioch, CA 94531-5007
8  Telephone: 925.779.7015
   Facsimile: 925.779.7003

10 Attorneys for Defendants CITY OF ANTIOCH
   And ANTIOCH POLICE DEPARTMENT

FILED
07 JUN 29 AM 11:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

C 07 3420

CLAIM OF HAMPTON, MOJUKHAN          ) Case No.:
                                    )
        Plaintiff,                  ) NOTICE OF REMOVAL OF CONTRA
                                    ) COSTA COUNTY SUPERIOR COURT
    vs.                             ) ACTION NO. C-07-00516 UNDER 28 U.S.C.
                                    ) 1441(B) [Federal Question]
                                    )
CITY OF ANTIOCH, ANTIOCH POLICE     )
DEPARTMENT and DOES POLICE          )
OFFICERS 1-3.                       )
        Defendants.                 )

TO THE CLERK OF THE NORTHERN DISTRICT UNITED STATES DISTRICT

1  COURT: PLEASE TAKE NOTICE THAT DEFENDANTS CITY OF ANTIOCH AND
2  ANTIOCH POLICE DEPARTMENT HEREBY REMOVE TO THIS COURT THE STATE
3  COURT ACTION DESCRIBED BELOW:

1. On March 9, 2007, Action Number C 07 00516 was commenced in the Contra Costa County Superior Court captioned "Claim of Hampton, Mojukhan against City of Antioch, Antioch Police Department and Does Police Officers 1-3." A true copy of plaintiff's complaint is attached hereto as Exhibit "A".

2. The first date upon which the Defendants City of Antioch and Antioch Police Department were served with the summons and complaint was May 31, 2007.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C 1331 and is one which may be removed to this Court by defendants pursuant to 28 U.S.C. 1441(b) in that it arises under plaintiff pro se claims that he was subjected to "false imprisonment" which is construed as a claim under the Fourth Amendment to the United States Constitution and "held without due process of law" which is construed as a claim under the Fourteenth Amendment and plaintiff further seeks monetary damages which are recoverable under 42 U.S.C. 1983.

Dated:   June 27 2007                BERTRAND, FOX & ELLIOT

                                     By: _____
                                     Gregory M. Fox
                                     Attorney for Defendants CITY OF
                                     ANTIOCH and ANTIOCH POLICE
                                     DEPARTMENT

**EXHIBIT A**

06/01/2007  04:35  9257797003         CITY OF ANTIOCH ADMN                PAGE  07/07



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** City Of Antioch,Ca
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** Mojukhan Hampton
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
MAY - 1 2007
K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
By _____, Deputy Clerk

COPY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: Superior Court Of California   CASE NUMBER: 07-00516
*(El nombre y dirección de la corte es):* County Of Contra Costa
751 Pine St.P.O.Box 911
Martinez,Ca 94553

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* G. AYALA

Mojukhan Hampton F-11328
C.M.C. West Dorm 4 Bed 43up
P.O.Box 8103
San Luis Obispo,Ca 93409

DATE: MAY - 1 2007
*(Fecha)*

Clerk, by _____, Deputy
*(Secretario)* CLERK OF THE SUPERIOR COURT *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

```
 1 | HAMPTON, MOJUKHAN
   | C.M.C. WEST DORM 4 BED 43UP
 2 | P.O.BOX8103
   | San Luis Obispo, CA 93409
 3 |
 4 | Attorney For Claimt
   | in pro per
 5 |
 6 |
 7 |         ------SUPERIOR COURT, COUNTY Of CONTRA COSTA------
 8 |                       C 07·00516
 9 | Claim Of Hampton, Mojukhan  )
10 | against                     )    PER LOCAL RULE 5 THIS
                                      CASE IS ASSIGNED TO
11 | City Of Antioch             )    DEPT _____30
   | Antioch Police Dept.        )
12 | Does: Police Officers 1-3
13 | To City Of Antioch of Antioch Police Dept.:
14 |    1.Claimant, Mojukhan Hampton, whose address is C.M.C. West
   | Dorm 4 Bed 43, P.O. Box 8103, claims damages from Antioch P.D.
15 | in$_____ /an amount that exceeds $10,000 for False Inprisonment
   | to claimant's personal property, namely
16 |
17 |    2.Jurisdication over this claim would rest in Superior Court.
18 |    3.This claim is based on(False Inprisonment), See Bottom of 3
   | from 2604 Princeton Ln. Antioch,Ca to Contra Costa County Jail.
19 | I was held for(30)Thirty days without seeing anyone, or arrain-
   | -ed,April 2005,                             )and released.
20 | (Another case same parties) 3days later I was back in custody in
   | Alameda., Ca(Santa Rita Co. Jail)who contracts all legal request
21 | and legal work out to(LEGAL RESEARCH ASSOCIATES).I was advised by
   | them to submit my claim to Gov. Claims Form California Victim
22 | Compensation and Gov. Claims Board Sacramento,Ca95812-3035. This
   | was incorrect and misadvise by the legal Aid Society. The proper
23 | agency for filing the claim would have been the City Of Antioch
   | Claims Division. I was held without due process under the foll-
24 | owing circumstances: Emotional distress, injury to reputation,fear
   | injury to phisical and mental health,
25 |    4.Claimant does not know the names of the public employess
   | who caused claimants injury/damage/loss_. The public employees
26 | who caused claimants injury/ damage/loss are:___ __ __ __ __
27 |    5.The injury sustained by Claimant consists of Loss of Job,
   | Personnal property, etc.
28 |    6.The injury expected to be incurred in the future includes
   | unknown.
   |    7.All notices and communications concerning this claim should
   | be sent to Claimant Mojukhan Hampton F-11328 P.O. Box 8103 San
   | Luis Obispo, Ca 93409
```

COPY

FILED
MAR - 9 2007
K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
By_____, Deputy
AYALA

1  February 14, 2007

*[signature]* COPY

Mojukhan Hampton
In Pro Per

1  I, Jan Taheny declare that:

2  I am employed in the County of San Francisco, California; I am over the age of eighteen years
3  and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco,
4  California 94109.

5  I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of
6  correspondence, said practice being that in the ordinary course of business, correspondence is
7  deposited in the United States Postal Service the same day as it is placed for processing.

8  On **June 29, 2007**, I served the following document(s):

9  **NOTICE OF REMOVAL OF CONTRA COSTA COUNTY SUPERIOR COURT ACTION
   NO. C07-00516 UNDER U.S.C. 1441(B} [Federal Question]**
10

11 in said cause, on the following interested parties:

12 Mojukhan Hampton                              *Plaintiff in Pro Se*
   C.M.C. West U-3-32-04-L
13 P.O. Box 8103
   San Luis Obispo, CA  93403-8103
14

15
   Said service was performed in the following manner:
16

17 ( X )  **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope
   addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and
18 mailing at San Francisco, California, following the above-stated business practice, on this date.

19 I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct. Executed **June 29, 2007**, at San Francisco, California.
20

21

22                                                       Jan Taheny

23

24

25

26

27

28

1

PROOF OF SERVICE