GREGORY M. FOX, Esq. SBN 070876
ARLENE C. HELFRICH, Esq.. SBN 96461
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

LYNN TRACY NERLAND Esq., SBN 148609
CITY ATTORNEY
CITY OF ANTIOCH
City Attorney's Office
P.O. Box 5007
Antioch , CA  94531-5007
Telephone:925. 779.7015
Facsimile: 925.779.7003

Attorneys for Defendants CITY OF ANTIOC H
And ANTIOCH POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| CLAIM OF HAMPTON, MOJUKHAN<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT and DOES  POLICE OFFICERS 1-3.<br>Defendants. | Case No.: C 07-03420 EDL<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND CLERK OF THE CONTRA COSTA COUNTY SUPERIOR COURT OF REMOVAL TO FEDERAL COURT OF CONTRA COSTA COUNTY SUPERIOR COURT CASE NO. C07- 00516 UNDER 28 U.S.C. 1441(B) [Federal Question] AND SUPPORTING DOCUMENTS LISTED HEREIN** |

JAN TAHENY certifies and declares as follows:   I am over the age of eighteen years and not a party to this action. My business address is Bertrand, Fox & Elliot, 2749 Hyde Street, San Francisco, Ca 94109 which is located in the City, County and State where the mailing described herein below took place.

On or about July 6, 2007, I deposited in the United States Mail at San Francisco, California to plaintiff pro per Mojukhan Hampton  F-11328, C.M.C. West Dorm 4 Bed 43 Up, P.O. Box 8103, San Luis Obispo Ca 93409a copy of the Notice to Adverse Party and Clerk of the Superior Court of the

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL OF CONTRA COSTA COUNTY ACTION NO. C07-00516 TO FEDERAL COURT**

Notice of Removal of this Action which was filed in the Northern District United States District Court on June 28, 2007 .

On July 6, 2007 I also caused a copy of all documents received from the Clerk of the Northern District tin connection with United States District Court Action Number C07-03420 EDL listed below to be mailed in a sealed envelope per standard business practices to Mr. Hampton at his above described address in state prison.  (1) Civil Case Cover Sheet; (2) filed copy of Notice of Removal of Contra Costa County Superior Court Action No. C07-00516 Under 28 U.S. C. 1441(b) [Federal Question]; (3) Welcome to the United States District Court, San Francisco, Office Hours, etc.;  (4) U.S. District Court Northern California ECF Registration Handout; (5) Notice of Assignment of Case to a United States Magistrate Judge for Trial; and (6) Order Setting Initial Case Management Conference and ADR Deadlines.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 6, 2007                                         Bertrand, Fox & Elliot


                                                  By:      /s/
                                                        Jan Taheny for
                                                        Bertrand, Fox & Elliot

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL OF CONTRA COSTA COUNTY ACTION NO. C07-00516 TO FEDERAL COURT**

2