**United States District Court**
For the Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7   MAJUKHAN HAMPTON,
            Plaintiff,                     No. C-07-03420 EDL
8
         v.                                NOTICE REGARDING CONSENT TO
9                                          JURISDICTION OF UNITED STATES
                                           MAGISTRATE JUDGE
10  CITY OF ANTIOCH, et al.,
11          Defendants.
    _____/
12
    TO ALL PARTIES AND COUNSEL OF RECORD:
13
         The complaint in the above-entitled action was filed on May 11, 2007. Pursuant to General
14
    Order 44, this case has been assigned to Magistrate Judge Elizabeth D. Laporte to conduct all further
15
    proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed
16
    consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge
17
    Laporte can consider the merits of the case or any substantive motion filed by any party.
18
         The City of Antioch defendants have filed a Motion to Dismiss, which has been noticed for
19
    hearing on August 28, 2007 at 9:00 a.m. Accordingly, the parties are instructed to sign and return one
20
    of the enclosed forms no later than **August 3, 2007**, indicating whether they consent to the jurisdiction
21
    of the Magistrate Judge in this matter or request reassignment to a District Court Judge.
22
23
    Dated: July 20, 2007
24
                                                       Richard W. Wieking, Clerk
25
                                                       _____
26
                                                       By: Lili M. Harrell, Deputy Clerk
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAJUKHAN HAMPTON,　　　　　　　　　　　　No. C07-03420 EDL

　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　**CONSENT TO PROCEED BEFORE A**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**
CITY OF ANTIOCH, et al.,

　　　　　Defendants.
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　　　　(Name or party or indicate "pro se")

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJUKHAN HAMPTON, | No. C 07-03420  EDL |
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| CITY OF ANTIOCH, et al., | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____         _____
                                       Signature

                                       Counsel for _____
                                       (Name or party or indicate "pro se")

3