```
                                FILED
                            JUL 3 1 2007
                          RICHARD W. WIEKING
                        CLERK, U.S. DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJUKHAN HAMPTON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>    Defendants.<br>_____/ | No. C07-03420 EDL<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 7/26/07

Signature: *Majukhan Hampton*

Counsel for *Pro Se*
(Name or party or indicate "pro se")

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS:

D. ANTHONY BATTLE CDC No. J-SL813
California Men's Colony-West
P.O. Box 8103    Unit 3    Dorm 33    Bed 02U
San Luis Obispo, California 93403-8103

ON July 26, 20 07, I SERVED THE WITHIN A CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

ON THE PARTY: U.S. DISTRICT COURT
COURT CLERK

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL., AT CALIFORNIA MEN"S COLONY, SAN LUIS OBISPO, CA. 93403-8103, ADDRESS AS FOLLOWS:

U.S. DISTRICT COURT
450 GOLDEN GATE AVE
P.O. BOX 36060
SAN FRANCISCO, CA. 94102-9680

I DECLARE, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON July 26, 20 07, AT SAN LUIS OBISPO, CALIFORNIA

*[signature]*
SIGNATURE OF DECLARANT

(REV. 9/02)