UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOJUKHAN HAMPTON,

               Plaintiff(s),

      v.

CITY OF ANTIOCH, ANTIOCH POLICE
DEPT., et al.,

               Defendant(s).
_____/

No.  C  07-03420 EDL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 7 , 2007

                                          Signature

                                          Counsel for  Defendants
                                          (Plaintiff, Defendant or indicate "pro se")

1    I, Jan Taheny declare that:

2    I am employed in the County of San Francisco, California; I am over the age of eighteen years

3   and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco,

4   California 94109.

5    I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of

6   correspondence, said practice being that in the ordinary course of business, correspondence is

7   deposited in the United States Postal Service the same day as it is placed for processing.

8    On **August 8, 2007**, I served the following document(s):

9    **DEFENDANTS' CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

10   in said cause, on the following interested parties:

11   Mojukhan Hampton                          ***Plaintiff in Pro Se***

12   C.M.C. West Dorm 4 Bed 43 UP
     P.O. Box 8103

13   San Luis Obispo, CA  93403-8103

14

15    Said service was performed in the following manner:

16   **( X )   BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope
     addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and

17   mailing at San Francisco, California, following the above-stated business practice, on this date.

18    I declare under penalty of perjury under the laws of the State of California that the

19   foregoing is true and correct.  Executed **August 8, 2007,** at San Francisco, California.

20

21                              *Jan Taheny*

22                              Jan Taheny

23

24

25

26

27

28

1

PROOF OF SERVICE