IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJUKHAN HAMPTON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF ANTIOCH, et al.,<br><br>    Defendants. | No. C-07-3420 EDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME AND DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS TO MAKE PLAINTIFF AVAILABLE BY PHONE** |

The Court is in receipt of Plaintiff's Motion for Enlargement of Time. After consideration, the Court DENIES Plaintiff's Motion. The hearing on Defendants' Motion to Dismiss remains scheduled for August 28, 2007 at 9:00 a.m. before Magistrate Judge Laporte. The Court ORDERS the California Department of Corrections and Rehabilitation (the CDCR) to make plaintiff, Majukhan Hampton, inmate number F11328, available by telephone on August 28, 2007, at 9:00 a.m., for the motion hearing. The CDCR shall contact this Court at (415) 522-3694 to confirm the necessary arrangements have been made and to provide a telephone number where the inmate can be reached.

**IT IS SO ORDERED.**

Dated: August 23, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge