UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** August 28, 2007
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-03420  EDL

**Title:**   MOJUKHAN HAMPTON v. CITY OF ANTIOCH, et al

**Attorneys:**   Plaintiff:  Mojukhan Hampton     Defendant:  Greg Fox
                (pro se)

**Deputy Clerk:**  Lili M. Harrell          **Court Reporter:** Catherine Edwards
                                            (FTR: 9:06am - 9:17am/10:36am-10:44am)

**PROCEEDINGS:**                             **RULINGS:**

Defendants' Motion to Dismiss                Granted with leave to amend.


**ORDERED AFTER HEARING:**  Plaintiff's request for additional time is granted. Plaintiff shall file his amended complaint no later than January 30, 2008.


**ORDER TO BE PREPARED BY:**  [ ] Plaintiff [ ] Defendant [X] Court

**Case Continued to:**   March 25, 2008 at 10:00am for further case management conference. Updated case management statement due March 18, 2008.

Notes:


cc: