IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOJUKHAN HAMPTON, | No. C-07-03420 (EDL) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF ANTIOCH, | |
| Defendant. | |

On August 31, 2007, this Court dismissed Plaintiff's complaint with leave to amend. The Court gave Plaintiff detailed instructions as to what to include in his amended complaint and directed him to the Pro Se Handbook, available on the District Court's website. The Court ordered Plaintiff to amend his complaint before January 30, 2008, notifying him that if he "fails to file a Complaint before January 30, 2008, without first obtaining leave for an extension by the Court, Plaintiff risks dismissal of his action." As Plaintiff has not amended his complaint as of this date, as previously ordered by the Court, Plaintiff is hereby ordered to show cause why his case should not be dismissed for failure to prosecute. A show cause hearing is scheduled for March 4, 2008 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: February 14, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge