In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: March 4, 2008

Case No: **C-07-03420 EDL**

Case Name: **MOJUKHAN HAMPTON v. CITY OF ANTIOCH**

| | | |
|---|---|---|
| Attorneys: | Pltf: No appearance | Deft: |
| Deputy Clerk: Lili M. Harrell | | Reporter: Jim Yeomans (Time: 1 min ) |

**PROCEEDINGS:**
Order to Show Cause Hearing - not held

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**Notes:**

cc: