IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOJUKHAN HAMPTON, | No. C-07-03420 (EDL) |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| CITY OF ANTIOCH, | |
| Defendant. | |

On August 31, 2007, this Court dismissed Plaintiff's complaint with leave to amend. The Court gave Plaintiff detailed instructions as to what to include in his amended complaint and directed him to the Pro Se Handbook, available on the District Court's website. The Court ordered Plaintiff to amend his complaint before January 30, 2008, notifying him that if he "fails to file a Complaint before January 30, 2008, without first obtaining leave for an extension by the Court, Plaintiff risks dismissal of his action." Because Plaintiff did not amend his complaint by that date, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute. Plaintiff, however, did not appear at the show cause hearing set for March 4, 2008 or file any papers opposing dismissal. Accordingly, Plaintiff's case is DISMISSED WITH PREJUDICE for failure to prosecute.

Dated: March 5, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge