UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MOJUKHAN HAMPTON,

        Plaintiff,

  v.

CITY OF ANTIOCH et al,

        Defendant.

Case Number: CV07-03420 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mojukhan Hampton
C.M.C. West Dorm 4 Bed 43UP
P. O. Box 8103
San Luis Obispo, CA 93409

Dated: March 5, 2008

        Richard W. Wieking, Clerk
        By: Lili M. Harrell, Deputy Clerk