

FILED
MAR 17 PM 4:55
WIEKING
U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER

___ NO LIPSTICK/STICKERS ALLOWED
___ UNAUTHORIZED ENCLOSURE/1819 CONTRABAND
___ UNABLE TO IDENTIFY AS ADDRESSED
___ PRISON NUMBER REQUIRED
___ OUT TO COURT/MEDICAL
_X_ PAROLED/DISCHARGED
___ OTHER

Mojukhan Hampton
C.M.C. West Dorm 4 Bed 43UP
P. O. Box 8103
San Luis Obispo, CA 93409


CV07-03420 EDL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOJUKHAN HAMPTON,<br>    Plaintiff,<br>v.<br>CITY OF ANTIOCH,<br>    Defendant. | No. C-07-03420 (EDL)<br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On August 31, 2007, this Court dismissed Plaintiff's complaint with leave to amend. The Court gave Plaintiff detailed instructions as to what to include in his amended complaint and directed him to the Pro Se Handbook, available on the District Court's website. The Court ordered Plaintiff to amend his complaint before January 30, 2008, notifying him that if he "fails to file a Complaint before January 30, 2008, without first obtaining leave for an extension by the Court, Plaintiff risks dismissal of his action." Because Plaintiff did not amend his complaint by that date, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute. Plaintiff, however, did not appear at the show cause hearing set for March 4, 2008 or file any papers opposing dismissal. Accordingly, Plaintiff's case is DISMISSED WITH PREJUDICE for failure to prosecute.

Dated: March 5, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

**Other Orders/Judgments**
3:07-cv-03420-EDL Hampton v. City of Antioch et al
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 3/5/2008 9:10 AM PST and filed on 3/5/2008
**Case Name:** Hampton v. City of Antioch et al
**Case Number:** 3:07-cv-3420
**Filer:**
**WARNING: CASE CLOSED on 03/05/2008**
**Document Number:** 15

**Docket Text:**
**ORDER DISMISSING CASE. Signed by Judge Laporte on 3/5/08. (edllc1, COURT STAFF) (Filed on 3/5/2008)**

**3:07-cv-3420 Notice has been electronically mailed to:**

Gregory Mellon Fox    gfox@bfesf.com, ahelfrich@bfesf.com, clee@bfesf.com, dsoong@bfesf.com, jtaheny@bfesf.com

Arlene Catherine Helfrich    ahelfrich@bfesf.com

Lynn Tracy Nerland    lnerland@ci.pleasanton.ca.us

**3:07-cv-3420 Notice has been delivered by other means to:**

Mojukhan Hampton
C.M.C. West Dorm 4 Bed 43UP
P. O. Box 8103
San Luis Obispo, CA 93409

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\EDLALL\PDFtoEfile\07-3420 dismissal order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/5/2008] [FileNumber=4192278-0] [
a3630123a7172370c0bbc997e5b068d00823ae0a4751ba9056ca61822b9001593ef7cd
dba3dd6bb011b2c0a071c3225bd7275d1ff30c60c4f673ad15d6599c6b]]

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MOJUKHAN HAMPTON,

    Plaintiff,

v.

CITY OF ANTIOCH et al,

    Defendant.
_____/

Case Number: CV07-03420 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mojukhan Hampton
C.M.C. West Dorm 4 Bed 43UP
P. O. Box 8103
San Luis Obispo, CA 93409

Dated: March 5, 2008

                              Richard W. Wieking, Clerk
                              By: Lili M. Harrell, Deputy Clerk